UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

ANAND SHETTY,

               Plaintiff,

    v.                                ACTION NO. 4:12cv158

HAMPTON UNIVERSITY,

               Defendant.

## FINAL ORDER

This matter comes before the court on the Motion for Summary Judgment filed on June 20, 2013, and the Motion for Leave to File an Amended Answer filed on June 24, 2013, by the Defendant, Hampton University. The matter was referred to United States Magistrate Judge Lawrence R. Leonard by Order of July 9, 2013, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), and Local Civil Rule 72, to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the Motions.

The United States Magistrate Judge's Report and Recommendation was filed on January 3, 2014. The Magistrate Judge recommended granting the Defendant's Motion for Summary Judgment, dismissing with prejudice the First Amended Complaint,

filed by the Plaintiff, Anand Shetty, and dismissing as moot the Defendant's Motion for Leave to File an Amended Answer.

By copy of the Report and Recommendation of the Magistrate Judge, the parties were advised of their right to file written objections thereto.  The court has received no objections to the Magistrate Judge's Report and Recommendation, and the time for filing the same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on January 3, 2014. Accordingly, the Defendant's Motion for Summary Judgment is **GRANTED,** the Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE,** and the Defendant's Motion for Leave to File an Amended Answer is **DISMISSED** as **MOOT**.

Accordingly, the Clerk is **DIRECTED** to enter judgment for the Defendant. Further, the Clerk shall forward a copy of this Final Order to counsel of all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

January 24, 2014